FILED
2009 DEC 21 PM 2:17

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: **06-50811**
**JOHN F KELLEY** )
)  MARILYN SHEA-STONUM
Debtor(s) ) BANKRUPTCY JUDGE
)
) TRANSMITTAL OF UNCLAIMED FUNDS

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **Juniper, c/o Weinstein et al**
   **Check No. 717646**
   **Claim No. 04-1**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$26.64** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **12/14/2009**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*Check #732007*
*Receipt #81149*
*26.64*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**JOHN F KELLEY**
**PO BOX 115**
**MONROE FALLS, OH 44262-0115**
**(Via Regular Mail)**

**DONALD P MITCHELL JR ESQ (via ECF)**

**Juniper**
**c/o Weinstein et al**
**2101 Fourth Ave, Ste 900**
**Seattle, WA 98121**
**(via Regular Mail)**

Date of Service: **12/14/2009**    By: **JoAnn Romig**
                                    Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com